Scott M. Lidman (SBN 199433)
LIDMAN LAW, APC
2155 Campus Drive, Suite 150
El Segundo, CA 90245
Tel.: (424) 322 4772
Fax: (424) 322-4775

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS TOPETE PEREZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>PRODUCTION RESOURCE GROUP LLC, a Delaware limited liability company, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-08229-RGK-E<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| 10/6/2020 | /s/ Scott M. Lidman |
| *Date* | *Signature of Attorney/Party* |

*NOTE:* **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2155 Campus Drive, Suite 150, El Segundo, California 90245.

On October 6, 2020, I served a copy of the document(s):
**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** on the interested parties in this action as follows:

> Julie Dunne (Bar No. CA-160544)
> julie.dunne@us.dlapiper.com
> Matthew Riley (Bar No. CA-257643)
> matthew.riley@us.dlapiper.com
> Vani Parti (Bar No. CA-308468)
> vani.parti@us.dlapiper.com
> DLA PIPER LLP (US)
> 401 B Street
> Suite 1700
> San Diego, California 92101-4297
> Tel: 619.699.2700
> Fax: 619.699.2701
>
> *Attorneys for Defendants*
> PRODUCTION RESOURCE GROUP L.L.C. and FULL THROTTLE FILMS, LLC

**[X] (BY CM/ECF):** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

**[ ] (BY ELECTRONIC MAIL):** I caused a true and correct copy thereof to be sent from the electronic service address djoudi@lidmanlaw.com to the electronic service address(es) listed above.

**[ ] (BY MAIL):** I am "readily familiar" with Lidman Law, APC's practice of collection and processing correspondence for mailing. I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address(es) listed

CASE NO. 2:20-CV-08229

| | |
|---|---|
| 1 | above. Under the practice the correspondence would be deposited with the U.S. postal service on the same day with postage thereof fully pre-paid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage date is more than one day after date of deposit for mailing in affidavit. |
| 2 | |
| 3 | |
| 4 | |
| 5 |     I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |
| 6 | |
| 7 | |
| 8 |     Executed on October 6, 2020, at El Segundo, California. |
| 9 | |
| 10 | _____ <br> Dana Joudi |

CASE NO. 2:20-CV-08229